UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPOT MOBILE INTERNATIONAL, LTD., <br><br> Plaintiff, <br><br> -against- <br><br> LV ADMINISTRATIVE SERVICES, INC., VALENS OFFSHORE SPV II, CORP., VALENS U.S. SPV I, LLC, LAURUS MASTER FUND, LTD. (In Liquidation), JOHN A. JENKINS, and DAVID GRIN, <br><br> Defendants. | Case No. 12-CV-1344-CM <br><br> ECF CASE |

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendants LV Administrative Services, Inc., Valens Offshore SPV II, Corp., and Valens U.S. SPV I, LLC make the following disclosures by and through their undersigned counsel:

Neither LV Administrative Services, Inc. nor Valens U.S. SPV I, LLC has a parent corporation, and there is no publicly held company that has an ownership interest of 10% or more of either LV Administrative Services, Inc., or Valens U.S. SPV I, LLC.

Valens Offshore SPV II, Corp. is a wholly owned subsidiary of Valens Offshore SPV I, Ltd., and no publicly held company has an ownership interest of 10% or more of Valens Offshore SPV I, Ltd.

- 2 -

Date: New York, New York
April 4, 2012

Respectfully submitted,

By: ___/s/ Hillary Richard___
Hillary Richard (HR-6941)
Jessica R. Holloway (JH-4705)
Matthre Popowsky (MP-0520)
BRUNE & RICHARD LLP
One Battery Park Plaza
New York, New York 10004
Tel: (212) 668-1900
Fax: (212) 668-0315

*Attorneys for Defendants LV Administrative Services, Inc., Valens Offshore SPV II, Corp., Valens U.S. SPV I, LLC, and David Grin*